# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0022.  IN THE INTEREST OF K. S., A CHILD.**

The Juvenile Court of Gwinnett County adjudicated K. S. delinquent and entered its order of disposition.   K. S. filed a motion for new trial, which the trial court denied.  K. S. then filed an application for discretionary appeal from the denial of his motion.[1]

OCGA § 15-11-3 authorizes direct appeals from "final judgments of a juvenile court judge."  Additionally, a final order in an adjudication of delinquency case is directly appealable.  See *In the Interest of T. M.*, 303 Ga. App. 322 (693 SE2d 574) (2010).

We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.   See OCGA § 5-6-35 (j).   Accordingly, this application is hereby GRANTED.  K. S. shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, he has already filed a notice of appeal from the order at issue, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] The trial court denied the motion for new trial on June 4, 2015.  K. S. moved for an extension of time to file his application, which this Court granted.   The application was timely filed within the additional time provided by this Court.



*Court of Appeals of the State of Georgia*
　*Clerk's Office, Atlanta,*＿＿＿09/17/2015＿＿＿
　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ *, Clerk.*